# Law Offices of Daren A. Webber

134 West Main Street, Ste 2
Goshen, NY 10924

Daren A. Webber, ESQ.  
Alvis Christian, J.D., Law Clerk

Telephone° (845) 615-9108
Cell Tel.: (845) 776-0201

Email° darenawebberLLC@gmail.com
Website° www.DarenAWebberesq.com

February 28, 2017

**BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**
Poughkeepsie Division
To: Hon. Cecelia G. Morris

Re:    **13-35102-cgm    John T Behrent and Sherry L – Trustee's Motion to Dismiss**

Hon. Cecelia G. Morris:

    I have made several telephone calls to the debtors seeking to resolve the instant issue but have received no reply. On behalf of the debtors I request that the debtors be given a brief period of time to get back to me and to allow me to continue to try to reach them to preserve their case.

Respectfully,

/s/ Daren A. Webber

Daren A. Webber, Esq.
134 West Main Street, Ste 2
Goshen, NY 10924
Tel. 845/615-9108
Email: darenawebberLLC@gmail.com

**copy: debtors**

Pursuant to Federal Law §524 of Title 11 of the US Code, the Law Office of Daren A. Webber is a debt relief agency. We proudly provide legal assistance and help people file for bankruptcy relief under the Bankruptcy Code.