Settlement Date: April 17th, 2017
Time:  10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

Chapter  13
Case No.  13-35102   CGM

**JOHN T. BEHRENT AND
SHERRY L. BEHRENT,**

**NOTICE OF SETTLEMENT**

Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon.  Cecelia G. Morris., United States Bankruptcy Judge, on the 17th  day of April,  2017 at 10:00 .A.M., in the Judge's Chambers,  United States Bankruptcy Court,  355 Main Street, Poughkeepsie,  New York.

**PLEASE TAKE FURTHER NOTICE ,** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than three days prior to the return date thereof, and unless objections are received by that time, the within order may be signed.

Dated: White Plains, New York
         March 29th, 2017

　　　　　　　　　　　　　　　　　　　　  /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir  (JLS 0938)
Chapter 13 Trustee
399 Knollwood Road
White Plains, New York 10603
Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
74 Chapel Street
Albany, New York 12207

John T. and Sherry L. Behrent
9 Brewster Drive
Middletown, New York 10940

Daren A. Webber, Esq.
134 West Main Street
Goshen, New York 10924

American Tax Funding, LLC
c/o Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York   14203

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                                         Chapter  13
                                                                                      Case No.  13-35102   CGM
**JOHN T. BEHRENT AND**
**SHERRY L. BEHRENT,**
                                                                                      **ORDER DISMISSING CASE**

                                         Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

   It appearing that the above named debtors filed an original petition under Chapter 13 of the Bankruptcy Code and relief was ordered on January 18, 2013;  and the plan having been confirmed by order of the Hon. Cecelia G. Morris dated July 8, 2013; and it further appearing that upon the motion of the Chapter 13 Trustee dated January 24, 2017 to dismiss the case pursuant to 11 U.S.C. §1307(c)(1) and (c )(6) , ***after a hearing held on March  28, 2017*** it having been determined that the debtors are $1,512.00 in arrears in plan payments to the trustee in this confirmed plan, and that it is in the best interests of creditors and the estate to dismiss this case,

   **NOW IT IS**

   **ORDERED**, that the case of the above named debtors be, pursuant to 11 U.S.C. §1307(c)(1) and (c )(6), dismissed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                              Chapter   13
                                                                    Case No.  13-35102   CGM
**JOHN T. BEHRENT AND**
**SHERRY L. BEHRENT,**

                                Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK                )
COUNTY OF WESTCHESTER    ) ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

       On March 29th, 2017 I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO**:   United States Trustee
       74 Chapel Street
       Albany, New York 12207

       John T. and Sherry L. Behrent
       9 Brewster Drive
       Middletown, New York 10940

       Daren A. Webber, Esq.
       134 West Main Street
       Goshen, New York 10924

American Tax Funding, LLC
c/o Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York   14203

/s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
29th    day of March, 2017

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/18